56592. MEEKS v. HARRIS et al.

SMITH, Judge.
This case being squarely controlled by the decision in *Cotton States Mut. Ins. Co. v. Austin,* 143 Ga. App. 309 (238 SE2d 253) (1977), and the trial court having ruled accordingly, the judgment is affirmed.

*Judgment affirmed. Deen, P. J., and Banke, J., concur.*

ARGUED SEPTEMBER 13, 1978 — DECIDED NOVEMBER 14, 1978.

*Smith & Allgood, Alfred L. Allgood,* for appellant.
*Rogers & Hardin, C. B. Rogers, Joyce Bihary,* for appellees.